IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

ROBERTO APONTE CINTRON, et al.   *
                                 *
Plaintiffs                       *   Civil No. 96-2448(SEC)
                                 *
v.                               *
                                 *
SAN JUAN GAS, INC., et al.       *
                                 *
Defendants                       *
**************************************

## ORDER

The parties are hereby **ORDERED** to file a joint pretrial and settlement report on or before **February 2, 2000**. After the report is filed, the Court will schedule a pretrial and settlement conference.

**SO ORDERED.**

In San Juan, Puerto Rico, this _20_ day of December, 1999.

SALVADOR E. CASELLAS
United States District Judge

