UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

ROBERTO APONTE CINTRON, et al.
    Plaintiffs
        v.          Civil No. 96-2448(SEC)
SAN JUAN GAS CO., et al.
    Defendants

## ORDER

| MOTION | RULING |
|---|---|
| **Docket # 73**<br>Attorney Alfonso Arroyo's "Motion Requesting Leave to Withdraw as Legal Representative" | **Granted**. Co-defendant is hereby granted until **February 14, 2000** to retain new counsel, who shall in turn file a notice of appearance on that date.<br><br>Furthermore, the deadline to file the **pretrial report** is hereby set also for **February 14, 2000**. |

DATE: January 21, 2000

SALVADOR E. CASELLAS
United States District Judge