IN THE UNITED STATES DISTRICT
FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF SETTING**

Date: February 8, 2000

ROBERTO APONTE-CINTRON, et al *
                                   *
    Plaintiffs                 *
                                   *
vs.                               *     CIVIL NO. 96-2448 (SEC)
                                   *
SAN JUAN GAS, et al            *
                                   *
    Defendants                *
                                   *
*******************************

    By Order of the Court, **a Pretrial Settlement Conference is hereby set for February 29, 2000 at 10:00 a.m.** Proposed Pretrial Order **to be filed seven days before February 29, 2000.**

Kim Flores
Courtroom Deputy Clerk

s/c  Ramón Walker-Merino
      Jorge Freyre-Forest
      Angel López-Hidalgo
      Judith Flores-Ayala

