UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

ROBERTO APONTE CINTRON, et al.
    Plaintiffs
        v.                  Civil No. 96-2448(SEC)
SAN JUAN GAS CO., et al.
    Defendants

**ORDER**

| MOTION | RULING |
|---|---|
| **Docket # 76**<br>"Motion for Leave to Assume Legal Representation" | Granted. |

DATE: February 17, 2000

                                                SALVADOR E. CASELLAS
                                               United States District Judge

