# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

## MINUTES OF PROCEEDINGS

| CIVIL CASE 96-2448(SEC) | DATE: March 7, 2000 |
|---|---|

| | |
|---|---|
| ROBERTO APONTE CINTRON, et al. | Attorneys: |
| Plaintiffs | Ramón L. Walker Merino, Esq. |
| v. | |
| SAN JUAN GAS, et al. | Raúl Dávila Rivera, Esq. |
| | Jorge Freyre, Esq. |
| Defendants | Angel L. López Hidalgo, Esq. |
| | Neftalí Santiago, Esq. |

### PRETRIAL AND SETTLEMENT CONFERENCE

A pretrial and settlement conference was held in chamber today. The parties informed that they had reached an agreement which disposes of the all claims in this case. They will file a motion for dismissal by **Friday, March 10, 2000**.

The Court then set a judicial authorization hearing for **Thursday, March 16, 2000, at 9:30 a.m.**

SALVADOR E. CASELLAS
U.S. District Judge

