IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| ROBERTO APONTE CINTRON, et al. | |
| Plaintiffs | Civil No. 96-2448(SEC) |
| v. | |
| SAN JUAN GAS CO., et al. | |
| Defendants | |

## ORDER

On March 15, 2000, the parties filed a settlement agreement which disposes of all claims in this action. (**Docket # 81**). Because three of the plaintiffs are minors (Gabriel Aponte Cintrón, Rotsen Aponte Betancourt and Daniel Aponte Betancourt), the Court held a judicial authorization hearing. (**Docket # 82**). The Court is now satisfied that the settlement agreement is in the best interest of these minors, and accordingly authorizes it. Therefore, upon the parties' settlement agreement (**Docket # 81**), which terms are fully incorporated herein, the Court hereby **DISMISSES** this action with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(ii). Judgment shall follow accordingly.

**SO ORDERED.**

In San Juan, Puerto Rico, this 21st day of March, 2000.

SALVADOR E. CASELLAS
United States District Judge

AO 72A
(Rev. 8/82)