IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

ROBERTO APONTE CINTRON, et al.   *
                                  *
Plaintiffs                        *    Civil No. 96-2448(SEC)
                                  *
v.                                *
                                  *
SAN JUAN GAS CO., et al.          *
                                  *
Defendants                        *
**************************************

## JUDGMENT

Pursuant to the order of even date, this action is hereby **DISMISSED** with prejudice. Judgement is hereby entered as follows:

A) For the hereditary cause of action: two hundred and forty thousand (240,000) dollars, to be distributed equally among the decedent's three legitimate heirs, to wit:

    1. Roberto Aponte Cintrón (son): eighty thousand (80,000) dollars,

    2. Gabriel Aponte Cintrón (minor): eighty thousand (80,000) dollars, and

    3. María Milagros Cintrón García (widow): eighty thousand (80,000) dollars.

B) For the plaintiffs' own personal damages, compensation is as follows:

    1. Roberto Aponte Cintrón (son): thirty thousand (30,000) dollars,

    2. Rotsen Aponte Betancourt (grandchild, minor): fifteen thousand (15,000) dollars,

    3. Daniel Aponte Betancourt (grandchild, minor): fifteen thousand (15,000) dollars, and

    4. Lissette Betancourt (daughter in law): five thousand (5,000) dollars.

Furthermore, it is hereby **ORDERED** that the sums paid to minors Gabriel Aponte Cintrón, Rotsen Aponte Cintrón, and Daniel Aponte Cintrón be deposited with the Clerk of the Court, who

AO 72A
(Rev. 8/82)

**Civil No. 96-2448(SEC)**                                                                 2

shall in turn deposit them in separate interest bearing accounts.

**SO ORDERED.**

In San Juan, Puerto Rico, this 21st day of March, 2000.

SALVADOR E. CASELLAS
United States District Judge

AO 72A
(Rev. 8/82)