# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO



ROBERTO APONTE CINTRON, et al.
    Plaintiff(s)

        **v.**                **Civil No. 96-2448(SEC)**

SAN JUAN GAS CO., et al.
    Defendant(s)

## O R D E R

| MOTION | RULING |
|---|---|
| **Docket # 86**<br>**Motion Requesting Judicial**<br>**Authorization to Withdraw Funds** | **GRANTED.** On March 16, 2000, the Court held a hearing for the judicial approval of the minors Plaintiffs' settlement claims. The Court was satisfied, after hearing the terms of the agreement and the evidence adduced, that the settlement agreement was in the best interest of the minor Plaintiffs. Accordingly, the Court approved the settlement, and entered judgment in this case on March 24, 2000.<br><br>    Currently, Plaintiffs Aponte-Cintron and Betancourt, on behalf of their minor children, seek the Court's authorization for a withdrawal of $15,000 from the account of Minor Plaintiff Rosten Aponte Betancourt, and $15,000 from the account of Daniel Aponte Betancourt, for the purpose of acquiring a house in Orlando, Florida.<br><br>    The Court has reviewed Plaintiffs' request, and finds that it is in the continued best interest of the minor Plaintiffs to authorize the withdrawal of the requested sums of money. Said funds are to be used for the sole purpose of the purchasing of the house in Orlando, Florida, and all documents related to the purchase of said property shall reflect that the property is held in trust and for the benefit of the minor children Rosten Aponte Betancourt and Daniel Aponte Betancourt. The funds shall be released by the Clerk. |

DATE:  September 5 , 2002

SALVADOR E. CASELLAS
United States District Judge