UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

ROBERTO APONTE CINTRON, et al
   Plaintiffs
         v.                    Civil No. 96-2448(SEC)
SAN JUAN GAS CO., et al
   Defendants

**ORDER**

| MOTION | RULING |
|---|---|
| Docket # 91<br>Motion Requesting Judicial Authorization to Withdraw Funds | GRANTED<br>As requested. |

DATE: June 16, 2003

/s/ Salvador E. Casellas
SALVADOR E. CASELLAS
United States District Judge


